UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HARDEV SINGH,<br><br>                Petitioner,<br><br>    v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>                Respondent. | No. 10-70860<br><br>Agency No. A077-424-794<br><br><br>ORDER |

Before: SCHROEDER and CALLAHAN, Circuit Judges, and PRATT, Senior
District Judge.*

     The government's unopposed motion to amend decision is GRANTED. The

last sentence of the disposition will be amended to add "and the case is

REMANDED to the Board of Immigration Appeals."

---

     *     The Honorable Robert W. Pratt, Senior United States District Judge
for the Southern District of Iowa, sitting by designation.